UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YAROSLAV SURIS,
on behalf of himself and all others similarly situated,

                                        **MOTION FOR**
                                        **DEFAULT JUDGMENT**
                    Plaintiff(s),      Case No.: 1:21-cv-01172-DG-JRC

          -against-

YOURMECHANIC, INC.,

                               Defendant(s).
------------------------------------------------------------------X

       Plaintiff YAROSLAV SURIS hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) YOURMECHANIC, INC., on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Manhasset, New York
       November 29, 2021                    Respectfully submitted,

                                              /s/ Mitchell Segal
                                              _____
                                              Mitchell Segal, Esq.
                                              Law Offices of Mitchell S. Segal, P.C.
                                              Attorney For Plaintiff
                                              1129 Northern Boulevard, Suite 404
                                              Manhasset, New York 11030
                                              Tel.: (516) 415-0100
                                              Fax: (516) 706-6631
                                              msegal@segallegal.com

TO:
      YOURMECHANIC, INC.
      C/O Department Of State
      One Commerce Plaza
      99 Washington Avenue
      Albany, New York 12231

      YOURMECHANIC, INC.
      20 Park Road, Ste. K
      Burlingame, CA 94010